IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGORY N. DUCKWORTH and
F/V REAPER, INC.,

Plaintiffs,

v. C.A. No. 05-145S

UNITED STATES OF AMERICA, acting by and through
CARLOS M. GUTIERREZ, in his capacity as
SECRETARY OF COMMERCE,

Defendant.

**DEFENDANT'S ANSWER**

For its answer to the Complaint, Defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

3. Admits the allegation contained in paragraph 3 that "Carlos M. Gutierrez is the Secretary of Commerce for the United States"; the remainder of the allegations contained in paragraph 3 constitute conclusions of law and Plaintiffs' characterization of their case to which no answer is required.

The allegations contained in the unnumbered paragraph immediately following the heading, "JURISDICTION," constitute conclusions of law to which no answer is required.

4. Admits the allegations contained in paragraph 4 to the extent supported by the Notice cited, which speaks for itself and is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits the allegation contained in paragraph 5 that "[p]laintiffs by and through their attorney filed a timely request for a hearing" to the extent supported by the request cited, which speaks for itself and is the best evidence of its contents; otherwise denies the allegation; admits the remainder of the allegations contained in paragraph 5.

6. Admits the allegations contained in paragraph 6 to the extent supported by the Initial Decision cited, which speaks for itself and is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the Request cited, which speaks for itself and is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Denies the allegations contained in the first sentence contained in paragraph 8. Admits the allegations contained in the second sentence of paragraph 8 to the extent supported by the Order cited, which speaks for itself and is the best evidence of its contents; otherwise denies the allegations contained in the second sentence of paragraph 8.

9. The allegations contained in paragraph 9 constitute conclusions of law and Plaintiffs' characterization of their case to which no answer is required.

10. Defendant's responses to paragraphs 1 through 9 of the Complain are incorporated by reference.

11. The allegations contained in paragraph 11 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

Denies that Plaintiffs are entitled to the relief requested in the unnumbered prayer for relief immediately following paragraph 11, or to any relief whatsoever.

12. Defendants responses to paragraphs 1 through 11 of the Complaint are incorporated by reference.

13. The allegations contained in paragraph 13 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

Denies that plaintiffs are entitled to the relief requested in the unnumbered prayer for relief immediately following paragraph 13, or to any relief whatsoever.

Defendant denies each and every allegation in the Complaint not previously admitted or otherwise qualified in this Answer.

WHEREFORE, Defendant respectfully requests that this Court dismiss this action with prejudice and that Defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

ROBERT CLARKE CORRENTE
United States Attorney

ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

OF COUNSEL:

CHARLES R. JULIAND
Senior Enforcement Attorney
National Oceanic and Atomospheric Administration
Office of the General Counsel
One Blackburn Drive
Gloucester, MA 01930
Tele: (978) 281-9240
Fax: (978) 281-9389

KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

Kevin W. McArdle by ACDG

KEVIN W. McARDLE, Trial Attorney
SBN 454569 (DC)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tele: (202) 305-0219
Fax: (202) 305-0275

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17th, 2005, I caused to be served via first class mail, postage prepaid, a copy of the foregoing DEFENDANT's ANSWER on Plaintiffs' attorney of record at the following address:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
Tele: (401) 789-7800
Fax: (401) 789-6990