IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GREGORY N. DUCKWORTH and
F/V REAPER, INC.,

Plaintiffs,

v. C.A. No. 05-145S

UNITED STATES OF AMERICA, acting by and through
CARLOS M. GUTIERREZ, in his capacity as
SECRETARY OF COMMERCE,

Defendant.

**DEFENDANT'S NOTICE OF FILING**
**OF THE ADMINISTRATIVE RECORD**

Defendant hereby gives notice of the filing of the Administrative Record of the decision of the United States Department of Commerce, National Oceanic and Atmospheric Administration, at issue in this action. The Administrative Record consists of three volumes and 880 pages. Defendant has sent a copy of the Administrative Record and this Notice to the Plaintiffs.

Dated this 24th day of June, 2005.

Respectfully submitted,

ROBERT CLARKE CORRENTE
United States Attorney
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

OF COUNSEL:

CHARLES R. JULIAND
Senior Enforcement Attorney
National Oceanic and Atomospheric Administration
Office of the General Counsel
One Blackburn Drive
Gloucester, MA 01930
Tele: (978) 281-9240
Fax: (978) 281-9389

KELLY A. JOHNSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

KEVIN W. McARDLE, Trial Attorney
SBN 454569 (DC)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tele: (202) 305-0219
Fax: (202) 305-0275

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24th, 2005, I caused to be served via overnight mail, postage prepaid, a copy of the foregoing DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD and the three-volume ADMINISTRATIVE RECORD on Plaintiffs' attorney of record at the following address:

Mark A. McSally
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
Tele: (401) 789-7800
Fax: (401) 789-6990