UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Gregory N. Duckworth, et al.<br>Plaintiffs,<br><br>v.<br><br>United States of America,<br>Defendant. | CA No. 05-145S |

**PRETRIAL ORDER**

(Civil Case)

After conference with the attorneys in this case and pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Motions for Summary Judgment. Plaintiffs shall file their Motion for Summary Judgment by **September 30, 2005**. Defendant shall file its objection and its cross Motion for Summary Judgment by **November 4 2005**. Plaintiffs' reply to said motion shall be filed by **November 18, 2005** and Defendant's reply shall be filed by **December 2, 2005.**

2. Extension of Page Limits. Page limitations for memoranda in support of motions set by local rule are extended to 30 pages in length for the dispositive motions and to 10 pages in length for the replies.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
United States District Judge
Date: 7/21/05