AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

GREGORY N. DUCKWORTH and
F/V REAPER, INC.
V.

UNITED STATES OF AMERICA, ACTING BY AND THROUGH CARLOS M. GUTIERREZ, IN HIS CAPACITY AS SECRETARY OF COMMERCE

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-145S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, UNITED STATES OF AMERICA, ACTING BY AND THROUGH CARLOS M. GUTIERREZ, IN HIS CAPACITY AS SECRETARY OF COMMERCE, AGAINST PLAINTIFFS, GREGORY N. DUCKWORTH AND F/V REAPER, INC., IN ACCORDANCE WITH THE DECISION AND ORDER ENTERED BY THIS COURT ON THIS DATE GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT.**

March 22, 2006
Date

Clerk
ALBA-SUE MERCURIO
Deputy Clerk